**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____   Chapter   __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Ronbon LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  The Ainsworth Hoboken** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **35-2409882** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **310 Sinatra Drive** <br> **Hoboken, NJ 07030** <br> Number, Street, City, State & ZIP Code | **115A King Street** <br> **Brooklyn, NY 11231** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Hudson** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Ronbon LLC**                                          Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

        7225

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | **Ronbon LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1, attach a separate list

| | Debtor | **Bushwick Beer Garden LLC** | Relationship | **Common Member** |
|---|---|---|---|---|
| | District | **EDNY** | When **6/02/23** | Case number, if known **23-41980** |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**███ Statistical and administrative information**

**13. Debtor's estimation of available funds**

.  Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Ronbon LLC** | | Case number (*if known*) | |
| | Name | | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 8, 2025**
            MM / DD / YYYY

**X /s/ Matthew Shendell**                                **Matthew Shendell**
Signature of authorized representative of debtor          Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X /s/ Fred S. Kantrow**                   Date **April 8, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**Fred S. Kantrow**
Printed name

**The Kantrow Law Group, PLLC**
Firm name

**732 Smithtown Bypass**
**Suite 101**
**Smithtown, NY 11787**
Number, Street, City, State & ZIP Code

Contact phone   **516 703 3672**     Email address   **fkantrow@thekantrowlawgroup.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Ronbon LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  8, 2025**        X **/s/ Matthew Shendell**
                                          Signature of individual signing on behalf of debtor

                                          **Matthew Shendell**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ronbon LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advance Service Group, LL 1430 Broadway New York, NY 10018 | | Future Receiveables (MCA) | Contingent Unliquidated Disputed | | | $112,000.00 |
| Baldor 155 Food Center Dr Bronx, NY 10474 | | Trade Vendor | | | | $11,954.34 |
| Chanel Rojas c/o O'Connor Parsons Lane 959 South Springfield Ave 2nd Floor Springfield, NJ 07081 | | Judgment | | | | $141,068.94 |
| Cintas 500 S Research Pl Central Islip, NY 11722 | | Trade Credit | | | | $19,356.92 |
| Fedway 505 Martinsville Rd Basking Ridge, NJ 07920 | | Trade Vendor | | | | $12,049.22 |
| Hoboken South Waterfront 50 Washington St Hoboken, NJ 07030 | | Pre-petition rent arrears | | | | $18,029.91 |
| Hudson Bread 625 E 27th Paterson, NJ 07504 | | Trade Vendor | | | | $11,894.72 |
| Newtek Small Business Fin 1981 Marcus Ave Ste 130 New Hyde Park, NY 11042 | | Restaurant Equipment | Contingent | $3,497,965.92 | $1,210,446.00 | $2,559,079.94 |

Debtor    **Ronbon LLC**                                                    Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NJ Department of Treasury PO Box 002 Trenton, NJ 08625** | | **Sales Tax** | | | | **$148,087.00** |
| **PSEG PO Box 14444 New Brunswick, NJ 08906** | | **Utility - gas service** | | | | **$8,419.76** |
| **PSEG PO Box 14444 New Brunswick, NJ 08906** | | **Utilities** | | | | **$12,142.72** |
| **Rewards Network 540 W Madison St Suite 2400 Chicago, IL 60661** | | **Trade Vendor** | | | | **$86,068.34** |
| **Samtell PO Box 1180 Farmingdale, NY 11735** | | **Trade Vendor** | | | | **$10,304.22** |
| **Sysco Foods Corporate 20 Theodore Conrad Dr Jersey City, NJ 07305** | | **Trade Vendor** | | | | **$37,879.12** |
| **US Small Business Admin 2 North 20th St Suite 320 Birmingham, AL 35203** | | **EIDL** | | | | **$2,000,000.00** |
| **US Small Business Admin 2 North 20th St Suite 320 Birmingham, AL 35203** | | **Restaurant Equipment** | **Contingent Unliquidated Disputed** | **$245,000.00** | **$1,210,446.00** | **$245,000.00** |
| **WebBank c/o Toast Capital 401 Park Drive Ste 801 Boston, MA 02215** | | **Restaurant Equipment** | **Contingent Unliquidated Disputed** | **$342,555.00** | **$1,210,446.00** | **$342,555.00** |
| **WebBank c/o Toast Capital 401 Park Drive Ste 801 Boston, MA 02215** | | **Restaurant Equipment** | **Contingent Unliquidated Disputed** | **$36,332.00** | **$1,210,446.00** | **$36,332.00** |

Debtor    **Ronbon LLC**                                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WebBank c/o Toast Capital 401 Park Drive Ste 801 Boston, MA 02215** | | **Restaurant Equipment** | **Contingent Unliquidated Disputed** | **$28,910.00** | **$1,210,446.00** | **$28,910.00** |
| **WebBank c/o Toast Capital 401 Park Drive Ste 801 Boston, MA 02215** | | **Restaurant Equipment** | **Contingent Unliquidated Disputed** | **$24,768.00** | **$1,210,446.00** | **$24,768.00** |

**Fill in this information to identify the case:**

Debtor name    **Ronbon LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*....................................................................................................    $       **0.00**

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..............................................................................................    $       **1,227,446.00**

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................................    $       **1,227,446.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $       **4,447,090.94**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $       **174,064.57**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$       **2,500,914.51**

4.    **Total liabilities** ..................................................................................................................
    Lines 2 + 3a + 3b         $       **7,122,070.02**

**Fill in this information to identify the case:**

Debtor name    **Ronbon LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Checking** | **1621** | **$17,000.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $17,000.00 |
|---|

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

Debtor    **Ronbon LLC**_____    Case number *(If known)* _____
_____Name_____

Part 5: **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Restaurant Inventory (Goods, liquor, etc)** | | **Unknown** | | **$0.00** |

23. **Total of Part 5.**                                                                                                                          **$0.00**

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Part 6: **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

Part 7: **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

Part 8: **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor   **Ronbon LLC**_____   Case number *(If known)* _____
　　　　　　Name

47.　**Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.　**Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
　　　floating homes, personal watercraft, and fishing vessels

49.　**Aircraft and accessories**

50.　**Other machinery, fixtures, and equipment (excluding farm
　　　machinery and equipment)**
　　　Restaurant Equipment _____   $0.00   Tax records _____   $1,210,446.00

51.　**Total of Part 8.**

$1,210,446.00

　　　Add lines 47 through 50.  Copy the total to line 87.

52.　**Is a depreciation schedule available for any of the property listed in Part 8?**
　　　■ No
　　　☐ Yes

53.　**Has any of the property listed in Part 8 been appraised by a professional within the last year?**
　　　■ No
　　　☐ Yes

| Part 9: | **Real property** |
|---------|-------------------|

**54. Does the debtor own or lease any real property?**

　　　■ No.  Go to Part 10.
　　　☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|----------|-------------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

　　　☐ No.  Go to Part 11.
　　　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 60.　**Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.　**Internet domain names and websites** | | | |
| 62.　**Licenses, franchises, and royalties**<br>Liquor License | $0.00 | | $0.00 |

63.　**Customer lists, mailing lists, or other compilations**

64.　**Other intangibles, or intellectual property**

65.　**Goodwill**

66.　**Total of Part 10.**

$0.00

　　　Add lines 60 through 65. Copy the total to line 89.

67.　**Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
　　　■ No

Debtor    **Ronbon LLC**                                              Case number *(If known)* _____
            Name

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Ronbon LLC**                                                  Case number *(If known)* _____
       Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $17,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,210,446.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,227,446.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,227,446.00 |

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Ronbon LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** **Newtek Small Business Fin**
Creditor's Name

**1981 Marcus Ave Ste 130
New Hyde Park, NY 11042**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**06/19/2017**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
☐ No
☒ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. Newtek Small Business
Fin
2. Newtek Small Business
Fin
3. US Small Business
Admin
4. WebBank
5. WebBank
6. WebBank
7. WebBank**

**Describe debtor's property that is subject to a lien**
**Restaurant Equipment**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$3,497,965.92**    Value of collateral: **$1,210,446.00**

**2.2** **Newtek Small Business Fin**
Creditor's Name

**1981 Marcus Ave Ste 130
New Hyde Park, NY 11042**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Restaurant Equipment**

**Describe the lien**
**UCC**
**Is the creditor an insider or related party?**
☒ No

Amount of claim: **$271,560.02**    Value of collateral: **$1,210,446.00**

Debtor **Ronbon LLC**
Name

Case number (if known) _____

Creditor's email address, if known _____

☐ Yes
**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**10/2/2017**
**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 | **US Small Business Admin** | **Describe debtor's property that is subject to a lien** | $245,000.00 | $1,210,446.00 |

Creditor's Name
**2 North 20th St**
**Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

**Restaurant Equipment**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/05/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.4 | **WebBank** | **Describe debtor's property that is subject to a lien** | $24,768.00 | $1,210,446.00 |

Creditor's Name
**c/o Toast Capital**
**401 Park Drive Ste 801**
**Boston, MA 02215**
Creditor's mailing address

**Restaurant Equipment**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/6/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

---

| 2.5 | **WebBank** | **Describe debtor's property that is subject to a lien** | $28,910.00 | $1,210,446.00 |

Debtor    **Ronbon LLC**
_____    Case number (if known) _____

Name

Creditor's Name

**c/o Toast Capital**
**401 Park Drive Ste 801**
**Boston, MA 02215**

Creditor's mailing address
_____

_____

Creditor's email address, if known

**Date debt was incurred**
**9/3/24**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**Restaurant Equipment**

_____

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **WebBank** | | |
|---|---|---|---|

Creditor's Name

**c/o Toast Capital**
**401 Park Drive Ste 801**
**Boston, MA 02215**

Creditor's mailing address
_____

_____

Creditor's email address, if known

**Date debt was incurred**
**6/18/24**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**Describe debtor's property that is subject to a lien**    $342,555.00    $1,210,446.00
**Restaurant Equipment**

_____

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **WebBank** | | |
|---|---|---|---|

Creditor's Name

**c/o Toast Capital**
**401 Park Drive Ste 801**
**Boston, MA 02215**

Creditor's mailing address
_____

_____

Creditor's email address, if known

**Date debt was incurred**
**7/9/24**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**    $36,332.00    $1,210,446.00
**Restaurant Equipment**

_____

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Debtor    **Ronbon LLC**
_____
Name

Case number (*if known*)    _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent |
| | ■ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$4,447,090.94** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Ronbon LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alexis Martinez**<br>**89 Hancock Ave**<br>**Jersey City, NJ 07307** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $640.00 | $640.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Allanah Pizarro**<br>**832 Kenned Blvd**<br>**Bayonne, NJ 07002** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $210.18 | $210.18 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **Ronbon LLC**                                              Case number (if known) _____
          Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.08 | $90.08 |
|---|---|---|---|---|

**Ashley Celdo Rodriguez**
c/o The Ainsworth
310 Sinatra Dr
Hoboken, NJ 07030

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.76 | $509.76 |
|---|---|---|---|---|

**Carlos Dominguez**
313 49th St
Union City, NJ 07087

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.96 | $663.96 |
|---|---|---|---|---|

**Carlos Ramirez**
86 Lincoln Ave
Apt 2
Jersey City, NJ 07307

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wagesd**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.85 | $285.85 |
|---|---|---|---|---|

**Carolina Manon**
1210 Kennedy Blvd
Apt 1
Bayonne, NJ 07002

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Ronbon LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,051.27 | $1,051.27 |
|---|---|---|---|---|

**Christian Jaramillo**
**112 N Oraton Pkwy**
**East Orange, NJ 07017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342.61 | $342.61 |
|---|---|---|---|---|

**Christopher Intriago**
**6823 Madison St**
**West New York, NJ 07093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $492.71 | $492.71 |
|---|---|---|---|---|

**Domenica Tocto**
**1418 Central Ave**
**Union City, NJ 07087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,615.38 | $1,615.38 |
|---|---|---|---|---|

**Domingo Roman**
**729 Bloomfield Ave**
**Clifton, NJ 07012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Ronbon LLC**                                   Case number (if known)
       _____
       Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,440.00 | $1,440.00 |

**Eileen Kim**
**1901 Ridgeview Ct**
**Parlin, NJ 08859**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $651.73 | $651.73 |

**Eleni Perdikos**
**91 W 33rd St**
**Bayonne, NJ 07002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $583.20 | $583.20 |

**Esteban Hernandez Canal**
**248 New York Ave**
**Jersey City, NJ 07307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.76 | $517.76 |

**Esteban Hernandez Canel**
**248 New York Ave**
**Jersey City, NJ 07307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Ronbon LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $512.15 | $512.15 |
| | **Fiona Joseph** | *Check all that apply.* | | |
| | **326 Pennington St** | ☐ Contingent | | |
| | **Elizabeth, NJ 07202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.36 | $399.36 |
| | **Geoconda Castro** | *Check all that apply.* | | |
| | **2603 New York Ave** | ☐ Contingent | | |
| | **Union City, NJ 07087** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.77 | $711.77 |
| | **Hakim Eatman** | *Check all that apply.* | | |
| | **330 Decatur Ave** | ☐ Contingent | | |
| | **Englewood, NJ 07631** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.01 | $329.01 |
| | **Ibrahim Sidibay** | *Check all that apply.* | | |
| | **190 Boyd Ave** | ☐ Contingent | | |
| | **Jersey City, NJ 07304** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Ronbon LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $447.79 | $447.79 |
|---|---|---|---|---|
| | **Israel Carac** | Check all that apply. | | |
| | **c/o The Ainsworth** | ☐ Contingent | | |
| | **310 Sinatra Dr** | ☐ Unliquidated | | |
| | **Hoboken, NJ 07030** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No   ☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $866.03 | $866.03 |
|---|---|---|---|---|
| | **Ivonne Olarte** | Check all that apply. | | |
| | **8133 Bergenline Ave** | ☐ Contingent | | |
| | **Apt 4E** | ☐ Unliquidated | | |
| | **North Bergen, NJ 07047** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No   ☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.68 | $576.68 |
|---|---|---|---|---|
| | **Janetydy Huesca** | Check all that apply. | | |
| | **34 Congress St** | ☐ Contingent | | |
| | **Jersey City, NJ 07307** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No   ☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.41 | $379.41 |
|---|---|---|---|---|
| | **Jason Canas** | Check all that apply. | | |
| | **810 13th St** | ☐ Contingent | | |
| | **Union City, NJ 07087** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ No   ☐ Yes | | |

| Debtor | **Ronbon LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,053.37 | $1,053.37 |
|---|---|---|---|---|
| | **Jephthah Michel** | Check all that apply. | | |
| | **749 Scotland Rd** | ☐ Contingent | | |
| | **Orange, NJ 07050** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.36 | $350.36 |
|---|---|---|---|---|
| | **Jorge Ramirez** | Check all that apply. | | |
| | **405 New York Ave** | ☐ Contingent | | |
| | **Apt 1** | ☐ Unliquidated | | |
| | **Union City, NJ 07087** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.38 | $450.38 |
|---|---|---|---|---|
| | **Jose Angel Garcia Torres** | Check all that apply. | | |
| | **c/o The Ainsworth** | ☐ Contingent | | |
| | **310 Sinatra Dr** | ☐ Unliquidated | | |
| | **Hoboken, NJ 07030** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.44 | $173.44 |
|---|---|---|---|---|
| | **Juliana Garcia Escobar** | Check all that apply. | | |
| | **6213 Liberty Ave Apt 4A** | ☐ Contingent | | |
| | **North Bergen, NJ 07047** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Ronbon LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $254.88 | $254.88 |
|---|---|---|---|---|

**Khyathi Dadi**
**295 New York Ave**
**Jersey City, NJ 07307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $739.35 | $739.35 |
|---|---|---|---|---|

**Laurynn Fonto**
**419 Broadway**
**Apt 3**
**Bayonne, NJ 07002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163.73 | $163.73 |
|---|---|---|---|---|

**Lina Granados**
**263 Mary St**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $542.55 | $542.55 |
|---|---|---|---|---|

**Lizbeth Ceballos**
**687 Garden St**
**Elizabeth, NJ 07202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Debtor    **Ronbon LLC**                                                     Case number (if known) _____
              Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$476.97** | **$476.97** |
|------|---|---|---|---|

Priority creditor's name and mailing address
**Luis David Franco Ramos**
**c/o The Ainsworth**
**310 Sinatra Dr**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

$476.97    $476.97

---

Priority creditor's name and mailing address
**Matthew Singer**
**564 SW Thornhill Lane**
**Palm City, FL 34990**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.32    $500.00    $500.00

---

Priority creditor's name and mailing address
**Mikhailson Pollas**
**15 Westbrook Ct**
**Roselle, NJ 07203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.33    $1,000.00    $1,000.00

---

Priority creditor's name and mailing address
**Nicole Bencivengo**
**119 Hyman Ct**
**Brooklyn, NY 11229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

2.34    $200.00    $200.00

| Debtor | **Ronbon LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148,087.00 | $148,087.00 |

**NJ Department of Treasury**
**PO Box 002**
**Trenton, NJ 08625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **2000**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.89 | $339.89 |

**Olivia Mendez**
**c/o The Ainsworth**
**310 Sinatra Dr**
**Hoboken, NJ 07030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $722.60 | $722.60 |

**Omar Lopez**
**89 Leonard St #2**
**Jersey City, NJ 07307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $383.04 | $383.04 |

**Pedro Cruz Hernandez**
**308 10th Street**
**Union City, NJ 07087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor  **Ronbon LLC**                                              Case number (if known) _____
        Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,346.15 | $1,346.15 |
|------|--------|--------|--------|--------|

**2.39** Priority creditor's name and mailing address

**Roberto Santiago**
**54 Spruce St**
**Apt 1**
**Jersey City, NJ 07307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,346.15    $1,346.15

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.40** Priority creditor's name and mailing address

**Rogelio Franco**
**1319 Summit Ave**
**Union City, NJ 07087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$786.77    $786.77

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.41** Priority creditor's name and mailing address

**Rony Normil**
**820 South Ave**
**West Orange, NJ 07052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,653.85    $1,653.85

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.42** Priority creditor's name and mailing address

**Rosemarie Rosado**
**400 Marshall Dr**
**Apt 4D**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,079.73    $1,079.73

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Ronbon LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $155.82 | $155.82 |
|---|---|---|---|---|

**Samantha Lada**
**424 Vine St A**
**Elizabeth, NJ 07202**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $288.00 | $288.00 |
|---|---|---|---|---|

**Wood Loudie Alexandre**
**c/o The Ainsworth**
**310 Sinatra Dr**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,000.00 |
|---|---|---|---|

**Advance Service Group, LL**
**1430 Broadway**
**New York, NY 10018**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **1/29/05**

Last 4 digits of account number  **3817**

Basis for the claim:  **Future Receiveables (MCA)**

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,154.00 |
|---|---|---|---|

**Allied Beverages**
**700 Kapkowski Rd**
**Elizabeth, NJ 07201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **8611**

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,954.34 |
|---|---|---|---|

**Baldor**
**155 Food Center Dr**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset?  ■ No   ☐ Yes

| Debtor | **Ronbon LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$141,068.94** |
|---|---|---|---|

**Chanel Rojas**
**c/o O'Connor Parsons Lane**
**959 South Springfield Ave**
**2nd Floor**
**Springfield, NJ 07081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/12/24**

Basis for the claim:  **Judgment**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,356.92** |
|---|---|---|---|

**Cintas**
**500 S Research Pl**
**Central Islip, NY 11722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Credit**

Last 4 digits of account number  **0082**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,049.22** |
|---|---|---|---|

**Fedway**
**505 Martinsville Rd**
**Basking Ridge, NJ 07920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,029.91** |
|---|---|---|---|

**Hoboken South Waterfront**
**50 Washington St**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pre-petition rent arrears**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,894.72** |
|---|---|---|---|

**Hudson Bread**
**625 E 27th**
**Paterson, NJ 07504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Matthew M Fredericks Esq**
**111 Northfield Ave**
**Ste 205**
**West Orange, NJ 07052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Legal Fees**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Ronbon LLC** |
| | Name |

Case number (*if known*) _____

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,368.72** |
|---|---|---|---|

**NUCO2**
**2800 SE Market Pl**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **6005**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,120.70** |
|---|---|---|---|

**Peerless Beverage Co**
**1000 Floral Ave**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0000**

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,142.72** |
|---|---|---|---|

**PSEG**
**PO Box 14444**
**New Brunswick, NJ 08906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **3102**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,419.76** |
|---|---|---|---|

**PSEG**
**PO Box 14444**
**New Brunswick, NJ 08906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **3218**

Basis for the claim:  **Utility - gas service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,856.10** |
|---|---|---|---|

**Ready Refresh**
**PO Box 30139**
**College Station, TX 77842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,068.34** |
|---|---|---|---|

**Rewards Network**
**540 W Madison St**
**Suite 2400**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **0293**

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,304.22** |
|---|---|---|---|

**Samtell**
**PO Box 1180**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ronbon LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,879.12** |
|---|---|---|---|

**Sysco Foods Corporate**
**20 Theodore Conrad Dr**
**Jersey City, NJ 07305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,607.00** |
|---|---|---|---|

**Sysco Metro**
**20 Theodore Conrad Dr**
**Jersey City, NJ 07305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$639.78** |
|---|---|---|---|

**Top Notch Pest Control**
**6416 24th Ave**
**Brooklyn, NY 11204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000,000.00** |
|---|---|---|---|

**US Small Business Admin**
**2 North 20th St**
**Suite 320**
**Birmingham, AL 35203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **EIDL**

Last 4 digits of account number  **8208**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Annie Muldowney Esq** | Line  **3.7**  <br> ☐ Not listed. Explain ____ | _ |
| 4.2 | **Ragan & Ragan PC** <br> **3100 Route 138 West** <br> **Belmar, NJ 07719** | Line  **3.18**  <br> ☐ Not listed. Explain ____ | _ |
| 4.3 | **US Small Business** <br> **14925 Kingsport Rd** <br> **Fort Worth, TX 76155** | Line  **3.21**  <br> ☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 174,064.57 |
| 5b. Total claims from Part 2 | 5b.  + $ | 2,500,914.51 |

Debtor   **Ronbon LLC**
_____
　　　　　Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ **2,674,979.08**

| Fill in this information to identify the case: |
|---|

Debtor name    **Ronbon LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Consent to Enter Judgment for payment of pre-petition rent arrears** | |
|---|---|---|---|
| | State the term remaining | **6 months** | |
| | List the contract number of any government contract | _____ | **Hoboken South Waterfront 50 Washington St Hoboken, NJ 07030** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for premises from which the business operates** | |
|---|---|---|---|
| | State the term remaining | **Expires 9/30/32** | |
| | List the contract number of any government contract | _____ | **Hoboken South Waterfront 50 Washington St Hoboken, NJ 07030** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Rewards Network 540 W Madison St Suite 2400 Chicago, IL 60661** |

**Fill in this information to identify the case:**

Debtor name    **Ronbon LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **AINS Holding Co LLC** | | **Newtek Small Business Fin** | ■ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2 | **Ains Holding Co LLC** | | **Newtek Small Business Fin** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.3 | **AINS IP Company LLC** | | **Newtek Small Business Fin** | ■ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.4 | **AINS IP Company LLC** | | **Newtek Small Business Fin** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.5 | **Burger Fulton LLC** | | **Newtek Small Business Fin** | ■ D  __2.2__<br>☐ E/F  _____<br>☐ G  _____ |

| Debtor | **Ronbon LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|---|
| 2.6 | **Burger Fulton LLC** | **Newtek Small Business Fin** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Fondue 26 LLC** | **Newtek Small Business Fin** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Fondue 26 LLC** | **Newtek Small Business Fin** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Matthew P Shendell** | **Newtek Small Business Fin** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Matthew P Shendell** | **WebBank** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Matthew P Shendell** | **WebBank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Matthew P Shendell** | **WebBank** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Matthew P Shendell** | **WebBank** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Ronbon LLC** _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.14  **Matthew P. Shendell** | **Newtek Small Business Fin** | ■ D ___**2.2**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15  **Matthew Shendell** | **Advance Service Group, LL** | ☐ D _____ <br> ■ E/F ___**3.1**___ <br> ☐ G _____ |
| 2.16  **Park 33 Restaurant LLC** | **Newtek Small Business Fin** | ■ D ___**2.1**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.17  **Park33 Restaurant LLC** | **Newtek Small Business Fin** | ■ D ___**2.2**___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.18  **Michael Sinensky** | **Hoboken South Waterfront** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___**2.2**___ |
| 2.19  **Sean McGarr** | **Hoboken South Waterfront** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___**2.2**___ |

**Fill in this information to identify the case:**

Debtor name    **Ronbon LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$4,384,420.00** |
| **For the fiscal year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$4,576,338.00** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Ronbon LLC | | Case number *(if known)* | |
|---|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case | | |
|---|---|---|---|---|---|
| 7.1. **Hoboken South Waterfront Associates, L.P. v. Ronbon, LLC d/b/a The Ainsworth** LT-5870-24 | **Landlord Action** | **Superior Court of New Jersey** | ☐ Pending ☐ On appeal ■ Concluded | | |
| 7.2. **Newtek Small Business Finance LLC v. Ronbon LLC et al** 615349/2024 | **Breach of Contract** | **Supreme Court Nassau County** | ■ Pending ☐ On appeal ☐ Concluded | | |
| 7.3. **Sysco Foods Corporate v Ronbon LLC** HUD-L-002982-23 | **Breach of Contract** | **Superior Court of New Jersey Hudson County** | ☐ Pending ☐ On appeal ■ Concluded | | |
| 7.4. **Rojas v Ronbon LLC** HUD-L-4572-21 | **Wage claim** | **Superior Court of NJ - Hudson County** | ☐ Pending ☐ On appeal ■ Concluded | | |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Ronbon LLC | Case number (if known) | |
|---|---|---|---|

■ None

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Kantrow Law Group PLLC**<br>**732 Smithtown Bypass**<br>**Suite 101**<br>**Smithtown, NY 11787** | | **4/7/2025** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

| Debtor | Ronbon LLC | Case number *(if known)* | |
|---|---|---|---|

■ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Ronbon LLC**                                                    Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Ronbon LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Smart Tax Redhook** **445 Columbia St** **Brooklyn, NY 11231** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matthew P Shendell** | **115A King St** **Brooklyn, NY 11231** | **Managing Member** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Ronbon LLC**                                    Case number *(if known)*

---

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April  8, 2025**

**/s/ Matthew Shendell**                              **Matthew Shendell**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re    **Ronbon LLC** _____   Case No. _____

                                                                   Debtor(s)           Chapter     **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     ☐   **FLAT FEE**

        For legal services, I have agreed to accept .................................................   $ _____

        Prior to the filing of this statement I have received .............................   $ _____

        Balance Due ................................................................................................   $ _____

     ■   **RETAINER**

        For legal services, I have agreed to accept and received a retainer of ..........   $            **15,000.00**

        The undersigned shall bill against the retainer at an hourly rate of .............   $             **645.00**
        [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   The source of the compensation paid to me was:

       ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

       ■ Debtor      ☐ Other (specify):

4.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

       ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.   [Other provisions as needed]
            **All chapter 11 bankruptcy work and related issues**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Ronbon LLC** _____    Case No. _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **April  8, 2025** | **/s/ Fred S. Kantrow** |
| _Date_ | **Fred S. Kantrow** |
| | _Signature of Attorney_ |
| | **The Kantrow Law Group, PLLC** |
| | **732 Smithtown Bypass** |
| | **Suite 101** |
| | **Smithtown, NY 11787** |
| | **516 703 3672** |
| | **fkantrow@thekantrowlawgroup.com** |
| | _Name of law firm_ |

---

# United States Bankruptcy Court
### Eastern District of New York

In re    **Ronbon LLC**                          Case No. _____

                                   Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Ains Holding Company LLC** | **Member** | **898000** | **Membership** |
| **Jack Mann** | **Member** | **102,000** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 8, 2025**                       Signature   **/s/ Matthew Shendell**

                                                              **Matthew Shendell**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of New York

In re    **Ronbon LLC** _____    Case No. _____

                                                    Debtor(s)    Chapter    **11** _____

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **April  8, 2025** _____    **/s/ Matthew Shendell** _____

                                                    **Matthew Shendell**/Managing Member
                                                    Signer/Title

Date:    **April  8, 2025** _____    **/s/ Fred S. Kantrow** _____

                                                    Signature of Attorney
                                                    **Fred S. Kantrow**
                                                    **The Kantrow Law Group, PLLC**
                                                    **732 Smithtown Bypass**
                                                    **Suite 101**
                                                    **Smithtown, NY 11787**
                                                    **516 703 3672**

USBC-44                                                                                              Rev. 9/17/98

Advance Service Group, LL
1430 Broadway
New York, NY 10018


AINS Holding Co LLC


Ains Holding Co LLC


AINS IP Company LLC


AINS IP Company LLC


Alexis Martinez
89 Hancock Ave
Jersey City, NJ 07307


Allanah Pizarro
832 Kenned Blvd
Bayonne, NJ 07002


Allied Beverages
700 Kapkowski Rd
Elizabeth, NJ 07201


Annie Muldowney Esq


Ashley Celdo Rodriguez
c/o The Ainsworth
310 Sinatra Dr
Hoboken, NJ 07030


Baldor
155 Food Center Dr
Bronx, NY 10474


Burger Fulton LLC

Burger Fulton LLC


Carlos Dominguez
313 49th St
Union City, NJ 07087


Carlos Ramirez
86 Lincoln Ave
Apt 2
Jersey City, NJ 07307


Carolina Manon
1210 Kennedy Blvd
Apt 1
Bayonne, NJ 07002


Chanel Rojas
c/o O'Connor Parsons Lane
959 South Springfield Ave
2nd Floor
Springfield, NJ 07081


Christian Jaramillo
112 N Oraton Pkwy
East Orange, NJ 07017


Christopher Intriago
6823 Madison St
West New York, NJ 07093


Cintas
500 S Research Pl
Central Islip, NY 11722


Domenica Tocto
1418 Central Ave
Union City, NJ 07087


Domingo Roman
729 Bloomfield Ave
Clifton, NJ 07012

Eileen Kim
1901 Ridgeview Ct
Parlin, NJ 08859

Eleni Perdikos
91 W 33rd St
Bayonne, NJ 07002

Esteban Hernandez Canal
248 New York Ave
Jersey City, NJ 07307

Esteban Hernandez Canel
248 New York Ave
Jersey City, NJ 07307

Fedway
505 Martinsville Rd
Basking Ridge, NJ 07920

Fiona Joseph
326 Pennington St
Elizabeth, NJ 07202

Fondue 26 LLC

Fondue 26 LLC

Geoconda Castro
2603 New York Ave
Union City, NJ 07087

Hakim Eatman
330 Decatur Ave
Englewood, NJ 07631

Hoboken South Waterfront
50 Washington St
Hoboken, NJ 07030

Hoboken South Waterfront
50 Washington St
Hoboken, NJ 07030

Hoboken South Waterfront
50 Washington St
Hoboken, NJ 07030

Hudson Bread
625 E 27th
Paterson, NJ 07504

Ibrahim Sidibay
190 Boyd Ave
Jersey City, NJ 07304

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Israel Carac
c/o The Ainsworth
310 Sinatra Dr
Hoboken, NJ 07030

Ivonne Olarte
8133 Bergenline Ave
Apt 4E
North Bergen, NJ 07047

Janetydy Huesca
34 Congress St
Jersey City, NJ 07307

Jason Canas
810 13th St
Union City, NJ 07087

Jephthah Michel
749 Scotland Rd
Orange, NJ 07050

Jorge Ramirez
405 New York Ave
Apt 1
Union City, NJ 07087


Jose Angel Garcia Torres
c/o The Ainsworth
310 Sinatra Dr
Hoboken, NJ 07030


Juliana Garcia Escobar
6213 Liberty Ave Apt 4A
North Bergen, NJ 07047


Khyathi Dadi
295 New York Ave
Jersey City, NJ 07307


Laurynn Fonto
419 Broadway
Apt 3
Bayonne, NJ 07002


Lina Granados
263 Mary St
Hackensack, NJ 07601


Lizbeth Ceballos
687 Garden St
Elizabeth, NJ 07202


Luis David Franco Ramos
c/o The Ainsworth
310 Sinatra Dr
Hoboken, NJ 07030


Matthew M Fredericks Esq
111 Northfield Ave
Ste 205
West Orange, NJ 07052


Matthew P Shendell

Matthew P Shendell

Matthew P Shendell

Matthew P Shendell

Matthew P Shendell

Matthew P. Shendell

Matthew Shendell

Matthew Singer
564 SW Thornhill Lane
Palm City, FL 34990

Michael Sinensky

Mikhailson Pollas
15 Westbrook Ct
Roselle, NJ 07203

Newtek Small Business Fin
1981 Marcus Ave Ste 130
New Hyde Park, NY 11042

Newtek Small Business Fin
1981 Marcus Ave Ste 130
New Hyde Park, NY 11042

Nicole Bencivengo
119 Hyman Ct
Brooklyn, NY 11229

NJ Department of Treasury
PO Box 002
Trenton, NJ 08625


NUCO2
2800 SE Market Pl
Stuart, FL 34997


Olivia Mendez
c/o The Ainsworth
310 Sinatra Dr
Hoboken, NJ 07030


Omar Lopez
89 Leonard St #2
Jersey City, NJ 07307


Park 33 Restaurant LLC


Park33 Restaurant LLC


Pedro Cruz Hernandez
308 10th Street
Union City, NJ 07087


Peerless Beverage Co
1000 Floral Ave
Union, NJ 07083


PSEG
PO Box 14444
New Brunswick, NJ 08906


PSEG
PO Box 14444
New Brunswick, NJ 08906


Ragan & Ragan PC
3100 Route 138 West
Belmar, NJ 07719

Ready Refresh
PO Box 30139
College Station, TX 77842

Rewards Network
540 W Madison St
Suite 2400
Chicago, IL 60661

Rewards Network
540 W Madison St
Suite 2400
Chicago, IL 60661

Roberto Santiago
54 Spruce St
Apt 1
Jersey City, NJ 07307

Rogelio Franco
1319 Summit Ave
Union City, NJ 07087

Rony Normil
820 South Ave
West Orange, NJ 07052

Rosemarie Rosado
400 Marshall Dr
Apt 4D
Hoboken, NJ 07030

Samantha Lada
424 Vine St A
Elizabeth, NJ 07202

Samtell
PO Box 1180
Farmingdale, NY 11735

Sean McGarr

Sysco Foods Corporate
20 Theodore Conrad Dr
Jersey City, NJ 07305


Sysco Metro
20 Theodore Conrad Dr
Jersey City, NJ 07305


Top Notch Pest Control
6416 24th Ave
Brooklyn, NY 11204


US Small Business
14925 Kingsport Rd
Fort Worth, TX 76155


US Small Business Admin
2 North 20th St
Suite 320
Birmingham, AL 35203


US Small Business Admin
2 North 20th St
Suite 320
Birmingham, AL 35203


WebBank
c/o Toast Capital
401 Park Drive Ste 801
Boston, MA 02215


WebBank
c/o Toast Capital
401 Park Drive Ste 801
Boston, MA 02215


WebBank
c/o Toast Capital
401 Park Drive Ste 801
Boston, MA 02215


WebBank
c/o Toast Capital
401 Park Drive Ste 801
Boston, MA 02215

```
Wood Loudie Alexandre
c/o The Ainsworth
310 Sinatra Dr
Hoboken, NJ 07030
```

# United States Bankruptcy Court
### Eastern District of New York

In re   **Ronbon LLC**
_____
Debtor(s)

Case No. _____
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Ronbon LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ains Holding Company LLC**

_____

☐ None [*Check if applicable*]

**April  8, 2025**
_____
Date

**/s/ Fred S. Kantrow**
_____
**Fred S. Kantrow**

Signature of Attorney or Litigant
Counsel for   **Ronbon LLC**
_____
**The Kantrow Law Group, PLLC**
**732 Smithtown Bypass**
**Suite 101**
**Smithtown, NY 11787**
**516 703 3672**
**fkantrow@thekantrowlawgroup.com**

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK


## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Ronbon LLC _____     **CASE NO.:** _____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:


1. CASE NO.:  **23-41980**    JUDGE:  **Hon. Nancy H. Lord**    DISTRICT/DIVISION:  **EDNY**

DEBTOR NAME:  **Bushwick Beer Garden LLC**

CASE STILL PENDING (Y/N):    **Y**                [*If closed*] Date of closing:

  CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*:    **Common Member** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:


2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:  _____


3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                [*If closed*] Date of closing:_____


(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Fred S. Kantrow**
_____
**Fred S. Kantrow**
Signature of Debtor's Attorney
**The Kantrow Law Group, PLLC**
**732 Smithtown Bypass**
**Suite 101**
**Smithtown, NY 11787**
**516 703 3672**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.