**United States Bankruptcy Court**
**Eastern District of New York**

In re  **Ronbon LLC**                                                    Case No.  **1-25-41700**
                                    Debtor(s)                            Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

   I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Schedule E/F amended to add creditor, consisting of **16** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **April 29, 2025**                             Signature  **/s/ Matthew Shendell**
                                                                **Matthew Shendell**
                                                                **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of New York

In re **Ronbon LLC**                                                              Case No. **1-25-41700**

Debtor(s)                                                          Chapter **11**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule E/F**

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows: **BCB Bank added as creditor**

Date: **April 29, 2025**                       **/s/ Fred S. Kantrow**
                                               **Fred S. Kantrow**
                                               Attorney for Debtor(s)
                                               **The Kantrow Law Group, PLLC**
                                               **732 Smithtown Bypass**
                                               **Suite 101**
                                               **Smithtown, NY 11787**
                                               **516 703 3672**
                                               **fkantrow@thekantrowlawgroup.com**